UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **REEDEREI RUDOLF SCHEPERS,** § | | |
| **REEDEREI RUDOLPH SCHEPERS** § | | |
| **GmbH & Co. KG MS LEON, and** § | | |
| **SCHEPERS LEON SHIPPING** § | | |
| **COMPANY LIMITED** § | | |
| *Plaintiffs*, § | C.A. NO. 3:20-cv-00229 | |
| § | | |
| V. § | Rule 9(h) Admiralty | |
| § | | |
| **ALPHA MAR GROUP, INC. and** § | | |
| **KONGSBERG MARITIME, INC.,** § | | |
| *Defendants* § | | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE JUDGE JEFFREY V. BROWN:

COMES NOW Alpha Mar Group, Inc.. ("AMG"), by and through its attorneys Royston, Rayzor, Vickery & Williams L.L.P. and, pursuant to Rule 41(a)(1)(A)(ii), files this its stipulation of voluntary dismissal of action without prejudice and would respectfully show as follows:

1. Plaintiffs Reederei Rudolf Schepers, Reederei Rudolf Schepers GmbH & Co. KG MS LEON, and Schepers Leon Shipping Company Limited ("Plaintiffs") filed their Original Complaint on July 7, 2020 against AMG. Plaintiffs later filed an amended complaint on October 8, 2020, adding Kongsberg Maritime, Inc. as a defendant.

2. On January 4, 2021, AMG implead G&G Marine LLC under Fed. R. Civ. P. 14(c).

3. On February 4, 2021, T.D.W. Company LLC d/b/a G&G Marine LLC appeared and filed its answer to AMG's third-party complaint.

4. AMG now moves to dismiss its third-party claim against T.D.W. Company LLC d/b/a G&G Marine LLC without prejudice.

5. T.D.W. Company LLC d/b/a G&G Marine LLC agrees to the dismissal.

6. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

7. A receiver has not been appointed in this case.

SO ORDERED

Signed in Galveston, Texas on March ___, 2022.

                                                              JEFFREY V. BROWN
                                              UNITED STATES DISTRICT JUDGE

With the Consent of:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By:   */s/   Dimitri P. Georgantas*
    Dimitri P. Georgantas
    State Bar No. 07805100
    Fed. I.D. No. 2805
    Eugene W. Barr
    State Bar No. 24059425
    Fed. I.D. No. 1144784
    Blake E. Bachtel
    State Bar No. 24116055
    Fed. I.D. No. 3479533
    1600 Smith Street, Suite 5000
    Houston, Texas 77002
    Telephone:   713.224.8380
    Facsimile:    713.225.9545
    dimitri.georgantas@roystonlaw.com
    eugene.barr@roystonlaw.com
    blake.bachtel@roystonlaw.com

**ATTORNEYS FOR DEFENDANT AND THIRD-PARTY PLAINTIFF ALPHA MAR GROUP, INC.**

CHAFFE MCCALL, L.L.P.

By:   */s/   Frank A. Piccolo\**
    Frank A. Piccolo
    State Bar No. 24031227
    Fed. I.D. No. 30197
    Heather S. von Sternberg
    State Bar No. 00797400
    Fed. I.D. No. 22684
    801 Travis Street, Suite 1910
    Houston, Texas 77002
    Telephone:   713.546.9800
    Facsimile:    713.546.9806
    Frank.piccolo@chaffe.com
    Heather.vonsternberg@chaffe.com

**ATTORNEYS FOR PLAINTIFFS**
**\*signed with permission**

BROWN SIMS, P.C.

By:   */s/ Allen D. Hemphill\**
    Allen D. Hemphill
    State Bar No. 00796740
    Fed. I.D. No. 35337
    Kenneth G. Engerrand
    State Bar No. 06619500
    Fed. I.D. No. 2078
    1177 West Loop South
    Tenth Floor
    Houston, Texas 77027
    Telephone:   713.629.0050
    Facsimile:    713.629.5027
    ahemphill@brownsims.com
    kengerrand@brownsims.com

**ATTORNEYS FOR THIRD-PARTY DEFENDANT T.D.W. COMPANY LLC d/b/a G&G MARINE LLC**

PHELPS DUNBAR LLP

By:   */s/ Marc G. Matthews\**
    Marc G. Matthews
    State Bar No. 24055921
    Fed. I.D. No. 705809
    Stormy L. Strickland
    State Bar No. 24117159
    Fed. I.D. No. 3565005
    910 Lousiana Street, Suite 430
    Houston, Texas 77002
    Telephone:   713.626.1386
    Facsimile:    713.626.1388
    marc.matthews@phelps.com
    stormy.strickland@phelps.com

**ATTORNEYS FOR DEFENDANT KONGSBERG MARITIME, INC.**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 28th day of February, 2022, I served a true and correct copy of the foregoing pursuant to Rule 5 of the Federal Rules of Civil Procedure, via the CM/ECF system and/or electronic mail and/or by depositing in the United States Mail, postage prepaid and properly addressed to all known counsel of record.

                                        /s/ *Dimitri P. Georgantas*
                                        Dimitri P. Georgantas